

COPY
UNDER SEAL

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 12-23 |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy to Commit Mail Fraud] |
| PAUL RICHARD RANDALL, | **[UNDER SEAL]** |
| Defendant. | |

The United States Attorney alleges:

[18 U.S.C. § 371]

A.   <u>INTRODUCTION</u>

At all times relevant to this Information:

1.   The California's Workers' Compensation System ("CWCS") required that employers provide workers' compensation benefits to employees who were injured in the course of their employment. These medical benefits included physician visits, diagnostics, physical therapy, medications, and surgery.  The benefits provided to the employee were administered by either a private insurance carrier or the State Compensation Insurance Fund

1  ("SCIF"), which was a state agency designed to act as the

2  "insurer of last resort."  Medical claims for services were

3  required to be sent by mail or via electronic submission.  The

4  CWCS prohibited a physician from receiving anything of value for

5  making a referral for evaluation, consultation, or treatment.

6  Further, any claim for medical services furnished pursuant to an

7  illegal referral (i.e., a kickback) was considered invalid.

8         2.    Defendant PAUL RICHARD RANDALL was a marketer for a

9  hospital located in Orange County, California ("Hospital").

10  Further, in or around April 2010, defendant RANDALL created a

11  company called Summit Medical Group, located at 21520 Pioneer

12  Boulevard, Suite 203, Hawaiian Gardens, California ("Summit"),

13  with co-conspirator C.H.

14  B.    THE OBJECT OF THE CONSPIRACY

15         3.    Beginning in or around November 2009, and continuing

16  through in or around June 2011, in Orange County and Los Angeles

17  County, within the Central District of California, and elsewhere,

18  defendant RANDALL, together with C.H. and others known and

19  unknown to the United States Attorney, knowingly combined,

20  conspired, and agreed to commit the following offense against the

21  United States:  mail fraud, in violation of Title 18, United

22  States Code, Section 1341.

23  C.    THE MANNER AND MEANS OF THE CONSPIRACY

24         4.    The object of the conspiracy was carried out, and to be

25  carried out, in substance, as follows:

26              a.    Defendant RANDALL recruited chiropractors and

27  physicians to refer workers' compensation patients for spinal

28

2

1  surgeries at the Hospital by paying them a kickback of

2  approximately $15,000 to $20,000 per spinal surgery.

3                b.    To facilitate the payment of the kickbacks,

4  defendant RANDALL engaged in a number of financial transactions

5  through Summit.  Specifically, defendant RANDALL and C.H.:

6                      i.   Purchased spinal surgery hardware to be used

7  in spinal surgeries at the Hospital;

8                      ii.  Created invoices inflating the cost of the

9  hardware many times over the actual purchase price; and

10                     iii. At the Hospital's direction and with full

11 disclosure to the Hospital, submitted the inflated invoices to

12 the Hospital.

13               c.    The Hospital then submitted the inflated invoices

14 to workers' compensation insurance carriers for payment.

15               d.    The Hospital took 5% of all monies reimbursed on

16 the inflated spinal surgery hardware bills before reimbursing

17 Summit.

18               e.    Defendant RANDALL paid the kickbacks to the

19 chiropractors and physicians from his profits on providing the

20 spinal surgery hardware to the Hospital at the inflated cost.

21 D.   OVERT ACTS

22      5.    In furtherance of the conspiracy, and to accomplish its

23 object, defendant RANDALL, together with C.H. and others known

24 and unknown to the United States Attorney, committed and

25 willfully caused others to commit the following overt acts, among

26 others, in the Central District of California and elsewhere:

27

28

1     <u>Overt Act No. 1</u>:  In or around March 2010, defendant RANDALL

2 paid chiropractor A.I. $30,000 in cash for two spinal surgeries

3 on workers' compensation patients performed at the Hospital that

4 were referred by A.I.

5     <u>Overt Act No. 2</u>:  In or around August 2010, defendant

6 RANDALL submitted to the Hospital, to be billed by the Hospital

7 to workers' compensation insurance, an invoice for spinal surgery

8 hardware used in a spinal surgery at the Hospital on workers'

9 compensation patient R.G., which listed the cost of the hardware

10 as $42,467 when the actual cost of the hardware purchased by

11 Summit was $13,641, and which was submitted by the Hospital to

12 workers' compensation insurance for payment.

13

14                             ANDRÉ BIROTTE JR.

                               United States Attorney

15

16

17

18                             ROBERT E. DUGDALE

                               Assistant United States Attorney

19                                Chief, Criminal Division

20                             DENNISE D. WILLETT

                               Assistant United States Attorney

21                                Chief, Santa Ana Branch Office

22

23                             JEANNIE M. JOSEPH

                               Assistant United States Attorney

24

25

26

27

28